1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| MICHAEL ANTHONY CHAVEZ, | Case No. EDCV 08-0125-SJO (JTL) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| SAN BERNARDINO COUNTY, et al., | |
| Defendants. | |

12
13
14
15
16
17

        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint, all the records

18

and files herein, and the Report and Recommendation of the United States Magistrate Judge.

19

The Court concurs with and adopts the findings, conclusions and recommendations of the

20

Magistrate Judge.

21

        **IT IS ORDERED** that judgment be entered dismissing this action without prejudice for

22

failure to prosecute.

23

        8/22/08                                             /S/ S. James Otero

24

DATED: _____

25
                                                        S. JAMES OTERO
                                                        UNITED STATES DISTRICT JUDGE
26
27
28