# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY CHAVEZ,<br><br>        Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>        Defendants. | Case No. EDCV 08-0125-SJO (JTL)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: 8/22/08

/S/ S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE